Pro Se 14 (INND Rev. 2/20)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Transgender Multimedia Journalist & Speaker & Mrs. Personality E Keyla My. Carruthers (Washington-married) (AKA) Antwan M. Carruthers OCA #132404

[You are the PLAINTIFF, print your full name on this line.]

St. Joseph County Jail Administration
v. Deputy of C. of SJCSD
William Limon  St.Joe County Sheriff Dept

Case Number: 3:23-cv-469

[For a new case in this court, leave blank. The court will assign a case number.]

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

-FILED-
MAY 22 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] St. Joseph County Jail Administration | 401 W. Sample St Sout Bend In. 46601 |
| 2 | [Put the names of any other defendants in these boxes.] St. Joseph County Sheriff Department | 401 W. Sample St. South Bend In. 46601 |
| 3 | Deputy William Limon | 401 W. Sample St. South Bend In. 46601 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __3__

2. What is the name and address of your prison or jail? 401 W. Sample St. South Bend In. 46601

3. Did the event you are suing about happen there? ☑ Yes  ○ No, it happened at: _____

4. On what date did this event occur? ~~May 9, 2022~~  5/09/2022

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
   DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
   DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [The first paragraph has been numbered for you.] Status Report - Civil Procedure

1.) Sexual Misconduct By Staff Employee of SJCJ. Deputy; Limons, Williams / a officer on 3rd Shift of Supervisor Heat (Deputy) and upto 6 John Doe (males) Watched a Sexual violation By the Deputy Mentioned and Capitized Name Deputy William Limon Employee of SJCJ. Allow me to be brief Under penalty for perjury all Information under Oath is fact finders with Material proof on Surveillance Cameras on May 9, 2022 Intake showers left a Gender Dysphoria person in disbelief, violated by upto 6 officers opens a Merit and Unconstitutional conduct at Intake & Transgender person identified as pronoun woman I was search and seized by 6 male officers with one penetrating my anus, opening my cheeks with blue latex gloves while being held down by 5 other John Doe's and Supervisor Heath Watching over his "belly". My (ass) Rectum was violated and this opens a action of Sexual misconduct By Williams Limons of St. Joseph County Sheriff Department The Name of this Event was nicknamed the "Gang Bang" Suffering from humiliation from other Arestees and Employees Staff. Intake Showers Shows on May 9, 2022. I address the Courts today with a Confidential Report for Relief of 900,000 United State of America Currency this Docket is a Capital defense for Legal actions under penalties For perjury All Information is True & Correct My Background doesn't Reflex.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   ○ Before I was confined.
   ☒ While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: May 9, 2022

6. Have you ever sued anyone for this exact same event?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ☒ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _____
   Internal Investigations has been sent copies

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   To allow Transgender Cross Gender Search and Seizure. Terminate Deputy William Limon Employee of SJCSD and 900,000 United States of American Currency for suffering and damages.

[Initial Each Statement]
EMCW  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
EMCW  I will keep a copy of this complaint for my records.
EMCW  I will promptly notify the court of any change of address.
EMCW  I WILL NOT send more than one copy of any filing to the court.
EMCW  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
EMCW  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 6/09/20 22 at 10 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

Transgender Person: Mrs. Eyekeyla My. Carruthers Washington
(AKA) Antwan M. Carruthers                                OCA#722404
Signature                                                 Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]