AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTWAN M CARRUTHERS
*Transgender Multimedia Journalist & Speaker Person: Mrs. Eye Keyla My Carruthers Washington (married), Multimedia Journalist & Speaker of L.G.B.T.Q. + members*
*also known as*
Eye Keyla M Carruthers Washington
*also known as*
Antwan M Carruthers Washington
    Plaintiff

v.

Civil Action No. 3:23-cv-469

ST JOSEPH COUNTY JAIL
*Administration*

ST JOSEPH COUNTY SHERIFF DEPARTMENT
*SJCSD*
*also known as*
*St Joe County Sheriff Dept*

DEPUTY WILLIAM LIMON
*Deputy Ofc.*
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Damon R Leichty.

DATE:  6/15/2023            CHANDA J. BERTA, CLERK OF COURT
                            by     s/N. Corle
                              *Signature of Clerk or Deputy Clerk*